■ BOARD OF MANAGERS OF MADISON MEDICAL BUILDING CONDOMINIUM, Appellant, v MADISON MEDCO ASSOCIATES, L.P.,

et al., Defendants, and Israel Discount Bank, Respondent. Joshua Guttman et al., Respondents, v Madison Medco Associates, L.P., et al., Defendants, and Board of Managers of Madison Medical Condominium, Appellant. [658 NYS2d 848] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered November 21, 1996, unanimously affirmed for the reasons stated by Lebedeff, J., without costs and disbursements. No opinion. Concur—Rosenberger, J. P., Wallach, Rubin, Williams and Andrias, JJ.